DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 324P15 | East Town Market, L.P. v. 550 Foods, LLC | Def's PDR Under N.C.G.S. § 7A-31 (COA15-46) | Denied |
|---|---|---|---|
| 326P15 | Burl Anderson Howell v. North Carolina Wayne County Department of Health and Human Services, by and through, Resee Phelps; Lou Jones | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Office of Administrative Hearings<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br><br>2. Allowed |
| 327P15 | In the Matter of P.S. | 1. Respondent-Mother's Petition for *Writ of Certiorari* (COA15-18)<br><br>2. Respondent-Mother's Petition for *Writ of Certiorari* to Review Order of District Court of Alleghany County | 1. Denied<br><br><br>2. Dismissed |
| 329P15 | John Doe 1K and John Doe 2K v. Roman Catholic Diocese of Charlotte, NC | Plt's (Doe 1K) PDR Under N.C.G.S. § 7A-31 (COA15-102) | Denied |
| 330P15 | Derrick Lamont Taylor v. Harnett County Superior Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 332P15 | State v. Roddie P. Dumas | Def's *Pro Se* Motion for *Writ of Error Coram Nubis* Pursuant to Miscarriage of Justice | Dismissed |
| 333P15 | State v. Dominique Alexander Jones | Def's *Pro Se* Motion to Expedite (COAP14-734) | Dismissed |
| 335P15 | Robert K. Stewart v. Moore Family Care, Dr. Thomas Leonard, M.D., and Vonda Reeves | 1. Plt's *Pro Se* Motion for Medical Malpractice Civil Action<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br>2. Allowed |
| 336P15 | State v. Melissa Amber Dalton | 1. State's Motion for Temporary Stay<br><br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **10/06/2015**<br><br><br>2. |